IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 20-cv-6215 <br><br> Judge: Robert M. Dow, Jr. |

**FINAL JUDGMENT ORDER**

This action having been commenced by TY, INC. against the defendants identified in the attached Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of TY trademarks which are protected by U.S. Trademark Registration No. 2,118,114 for the TY mark, Reg. No. 1,722,141 for the TY logo, Reg. No. 2,703,368 for the BEANIE BABY mark, Reg. No. 5,693,639 for the FLIPPABLES mark, Reg. No. 5,396,599 for the BEANIE BOOS mark and Reg. No. 5,396,599 for the BEANIE BOOS and design mark (collectively referred to as the "TY Trademarks").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the TY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine TY Product or is not authorized by Plaintiff to be sold in connection with the TY Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine TY Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the TY Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing the TY Trademarks and damaging Plaintiff's goodwill;

    e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the TY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

    f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any

        other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

    g.    operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the TY Trademarks or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine TY Product or is not authorized by Plaintiff to be sold in connection with the TY Trademarks.

2.    The domain name registries for the Defendant Domain Names, including, but not limited to, Alipay, Amazon, eBay, PayPal, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order, shall, at Plaintiff's choosing:

    a.    permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

    b.    cancel the registrations for the Defendant Domain Names and make them inactive.

3.    Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), Amazon.com, Inc. ("Amazon"), eBay.com ("eBay"), and PayPal.com ("PayPal"), social

4

media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

a.  disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the TY Trademarks, including any accounts associated with the Defaulting Defendants listed in Amended Schedule A attached hereto;

b.  disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the TY Trademarks; and

c.  take all steps necessary to prevent links to the Defendant Domain Names identified in Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4.  Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit TY Trademarks on products sold through at least the Defendant Internet Stores.

5.  Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5

6. Amazon shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. eBay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8. PayPal shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Alipay, Amazon, eBay, and PayPal, are hereby released to Plaintiff as partial payment of the above-identified damages, and Alipay, Amazon, eBay, and PayPal are ordered to release to Plaintiff the amounts from Defaulting Defendants' Alipay accounts within ten (10) business days of receipt of this Order.

10. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Alipay, Amazon, eBay, and PayPal in the event that any new Alipay, Amazon, eBay, and PayPal

accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Alipay, Amazon, eBay, and PayPal shall within five (5) business days:

    a.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Alipay, Amazon, eBay, and PayPal accounts;

    b.    Restrain and enjoin such accounts or funds that are China or Hong Kong-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' Alipay, Amazon, eBay, and PayPal accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

11.    Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

    a.    Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

    b.    Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

12. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Chris Johnson and any e-mail addresses provided for Defaulting Defendants by third parties.

13. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released. This is a Final Judgment.

Dated: August 24, 2021

                                               The Honorable Robert M. Dow, Jr.
                                               United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | dondon24 |
| 2 | qgkq5321 |
| 3 | dhi6609 |
| 4 | dream-pp |
| 5 | supercc16 |
| 6 | guanghezhu |
| 7 | interesting2019 |
| 8 | hairpin2020 |
| 9 | ilef7657 |
| 10 | fei.le-88 |
| 11 | leeleng.2010 |
| 12 | konstong |
| 13 | liuxiachan-0 |
| 14 | candyshop2442 |
| 15 | mohdra5441 |
| 16 | 2008tarazhou |
| 17 | hilv8425 |
| 19 | Fiddlesticks Store |
| 20 | superChoGath Store |
| 21 | animalgiftforyou |
| 22 | Dongguan Little Hot Toys Corporation Limited |
| 23 | Shanghai Zheyi Trading Co., Ltd. |
| 24 | 2011gofly |
| 26 | 4cn2413 |
| 27 | 5star.shop |
| 28 | alf.me |
| 29 | amear83 |
| 30 | animechinatiger |
| 31 | anime-dolphin |
| 32 | anime-wang |
| 33 | arunrandik0 |
| 34 | barlix |
| 35 | bestbuy_top |
| 36 | best-deal-1976 |
| 37 | bogdanel10 |
| 38 | buy.point |
| 39 | cathr.us2015 |

| 40 | chirau23 |
| --- | --- |
| 41 | coffee-shop |
| 42 | color.of.the.wind.68 |
| 43 | countryvictory-09 |
| 44 | csnn-1994 |
| 45 | dfkj2019 |
| 46 | doraemon_pocket |
| 47 | dragonstore133 |
| 48 | everythingispossible |
| 49 | evreytimeforyou |
| 50 | faithchina |
| 51 | feng_mall |
| 52 | fromthailand_withlove |
| 53 | gadget-bucket |
| 54 | gamestar89 |
| 55 | go-buy888 |
| 56 | green88apes |
| 57 | hatoth-0 |
| 58 | hero-chen83 |
| 59 | hotspotgallery |
| 60 | huanchen87 |
| 62 | ikeascavenger |
| 63 | jackpan2019 |
| 64 | jaydean.cabin |
| 65 | jessiemall |
| 66 | jiading-17 |
| 67 | jinglebell0802-cn |
| 68 | john-vic |
| 69 | kdib77 |
| 70 | kgdwswjh1986 |
| 71 | kunkuma |
| 72 | ledtie2017 |
| 73 | lih5650 |
| 74 | lilihappygo88 |
| 75 | lonnguyenmin_0 |
| 76 | michael-9089 |
| 77 | naturenow55 |
| 78 | nguli_7248 |
| 79 | omygift |
| 80 | p-shops |
| 81 | rainb_68 |

| 82  | risingphoenix_01 |
|-----|------------------|
| 83  | rose-chen85 |
| 84  | salah_musleh |
| 85  | sammy-chen |
| 86  | sanyaashalumta |
| 87  | sifan_mall |
| 88  | sohsam58 |
| 89  | sqh2012-889 |
| 90  | starscrescent |
| 91  | stasterleckiy |
| 92  | store-best-new-trend |
| 93  | sunrise-hr-global |
| 94  | tamos2008 |
| 100 | Chumo Outdoor Sports |
| 101 | COL beans |
| 103 | DIIIBARLORY |
| 104 | Dilason |
| 105 | Elevin09 |
| 106 | fanLI |
| 109 | HENANHEJUXINXIKEJIYOUXIANGONGSI |
| 112 | iMakCC |
| 113 | JaCos |
| 114 | JaWF |
| 115 | Jeeeun |
| 117 | JTDZSW |
| 121 | lenglangO |
| 123 | libeam |
| 126 | Mingyi Department Store |
| 127 | MPQNFZD |
| 129 | NIU MAN |
| 131 | PETSBURG |
| 132 | Phuastore |
| 135 | QUANSHENGFU |
| 136 | Raibow Discount Store |
| 138 | Shanghai Yunfu Trading Co., Ltd. |
| 139 | shanghaizhuozemaoyiyouxiangongsi |
| 140 | shenzhenshilanpishuwangluokejiyouxiangongsi |
| 141 | SJ-SSY |
| 142 | Sourjup |
| 143 | T.Face |
| 144 | 520668 Store |

11

| | |
|---|---|
| 145 | A_A Scarecrow Store |
| 147 | Aipin Block Store |
| 148 | Angelal Baby Surprise Toy Store |
| 149 | Anhui RON.VE.XIN International Trade Co., Ltd. |
| 150 | babe House Store |
| 151 | Babies Apparel & Toy Store |
| 152 | BABIQU Official Store |
| 154 | Black C Toys |
| 155 | BTGEDTL Store |
| 156 | buy toy Store |
| 157 | California Peach Toy Store |
| 158 | California Pineapple Toy Store |
| 159 | Call Me Toy Store |
| 163 | Do Dolly Do Store |
| 164 | Dor's Toy Store |
| 165 | DREAMER TOY(drop shipping) Store |
| 166 | DuLa Baby Store |
| 167 | ELSADOU California Avocado Store |
| 168 | ELSADOU Ty Beanie Plush Toy Store |
| 170 | Gift Toybar 1990 Store |
| 171 | Global-Exclusive Store |
| 172 | Guoguo baby Store |
| 173 | HAPPY TOY ClUB |
| 175 | Huo Stone Store |
| 176 | Karnas Shop Store |
| 177 | Kids Fun Toy Store |
| 178 | Kiss Kids Life |
| 179 | lelefanfan Store |
| 180 | Lemon Co.,Ltd |
| 181 | LXH kids Store |
| 182 | Lytoms Toy Store |
| 183 | Lzwei House Dropshipping Store |
| 184 | Maternal Child Store |
| 185 | Miniko Store |
| 186 | MonsteRun toy Store |
| 187 | Mother & Baby's Store |
| 189 | Nice2 Toy Store |
| 191 | Pyoopeo Toy World Store |
| 192 | Scoorbee Toy Store |
| 193 | SELLWORLDER BOSBOOS Store |
| 194 | Shop2960127 Store |

| | |
|---|---|
| 195 | Shop3109024 Store |
| 197 | Shop3858120 Store |
| 198 | Shop3867028 Store |
| 199 | Shop4283024 Store |
| 200 | Shop4563030 Store |
| 201 | Shop5001080 Store |
| 202 | Shop5597490 Store |
| 203 | Shop5777882 Store |
| 204 | Shop5885223 Store |
| 205 | Simboo Store |
| 206 | Suining Newest E-Commerce Co., Ltd. |
| 207 | Sunshine-Two Store |
| 208 | SuperGaren Store |
| 209 | Surprise Toy for gift Store |
| 210 | SURSOUL Store |
| 211 | Sweetly Timeless Store |
| 212 | Sydney's tale Store |
| 213 | BEAT-IT Store |
| 214 | Bopin Store |
| 215 | DPP8 Store |
| 216 | Luckiness Store |
| 217 | MoodInn Store |
| 218 | ST007 Store |
| 219 | Christo Store |
| 220 | MUTIAN05 Store |
| 221 | Shop5614230 Store |
| 222 | Shop5870708 Store |
| 223 | delightshop19 |
| 224 | shanmart94 |
| 225 | holyland_booth |